UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 02758
   ANDREA BUCKINGHAM
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0287
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/23/04 and confirmed on 04/08/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 19275.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC PAYMENT CENTER | SECURED VEHIC | 11252.16 | 835.08 | 11252.16 |
| HSBC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1865.25 | .00 | 186.53 |
| CENTRA | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| D RIMGALE JR & A BUCKING | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 20951.58 | .00 | 2095.16 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 220.09 | .00 | 22.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5357.33 | .00 | 535.73 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SMITH CHIROPRACTIC CLINI | UNSECURED | NOT FILED | .00 | .00 |
| TARGET CORPORATION RECOV | UNSECURED | NOT FILED | .00 | .00 |
| TELECOM USA | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF ROMEOVILLE | UNSECURED | .00 | .00 | .00 |
| WILL COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| GMAC PAYMENT CENTER | UNSECURED | 2944.95 | .00 | 294.50 |
| JAMES M PHILBRICK | ADMINISTRATIV | 81.00 | .00 | 81.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 11252.16 | 81.00 | 31339.20 | .00 | 42672.36 |

```
PRINCIPAL PAID           11252.16            81.00        3133.93          .00     14467.09
INTEREST PAID              835.08              .00             .00          .00       835.08
TOTAL PAID               12087.24            81.00        3133.93          .00     15302.17
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   3400.00 and was paid $    294.80  direct and $   3105.20  through the plan.

The Trustee received $     849.23 .

Refunds to the Debtor totaled $      18.40 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/08/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE







                                PAGE   2
            CASE NO. 04 B 02758 ANDREA BUCKINGHAM